**Martin Francisco SALAZAR, Plaintiff–Appellant,**

v.

**Spencer ABRAHAM, Secretary of the Department of Energy, Defendant–Appellee.**

No. 03–1245.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Martin Francisco Salazar, Appellant pro se. Terri Hearn Bailey, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Martin Francisco Salazar appeals the district court's order denying his motion to

compel and granting Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Salazar v. Abraham*, No. CA–01–3209–1–23 (D.S.C. filed Feb. 4, 2003; entered Feb. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*